March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

ANETT RODRIGUES,

    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22-CR-391 (1) PMH

Defendant ANETT RODRIGUES hereby voluntarily consents to participate in the following proceeding via teleconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

**X**    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anett Rodrigues
Print Defendant's Name

_____
Defense Counsel's Signature

Kervy A. Laurencio
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

September 1, 2022
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~