> Application granted.
>
> The pretrial conference scheduled for December 19, 2022 is adjourned to January 25, 2023 at 10:30 a.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             December 16, 2022

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re: <u>**United States v. Anett Rodrigues**</u>
       **22 Cr. 391 (PMH)**

Dear Judge Halpern:

  I am writing, with the consent of the Government, to request that the pre-trial conference presently scheduled for December 19, 2022, be adjourned for thirty days or any date convenient to the Court thereafter. The reason for the request is that the parties are trying to resolve issues relating to the scope of the Protective Order as it relates to Ms. Rodrigues' ability to review the voluminous discovery – over four terabytes – that has been produced over the last few months in this matter.

  I consent to the exclusion of time under the Speedy Trial Act between December 19, 2022, and the next scheduled conference.

  Thank you for the Court's consideration of this request.

              Respectfully submitted,

              Kerry A. Lawrence

cc: AUSA Jeffrey Coffman
   AUSA Derek Wikstrom