# LAW OFFICE OF KERRY LAWRENCE, PLLC

140 GRAND STREET
SUITE 705
WHITE PLAINS, NEW YORK 10601
Telephone: (914) 946-5900
Email

January

> Application granted.
>
> The pretrial conference scheduled for January 25, 2023 is adjourned to February 27, 2023 at 10:30 a.m. in Courtroom 520.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 19, 2023

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:   **United States v. Anett Rodrigues**
            **22 Cr. 391 (PMH)**

Dear Judge Halpern:

      I am writing, with the consent of the Government, to request that the pre-trial conference that is presently scheduled for Jnauary 25, 2023, be adjourned for thirty days or any date convenient to the Court thereafter. The reason for the request is that the parties are still trying to resolve issues relating to the scope of the Protective Order without the need to seek Court assistance.

      I consent to an exclusion of time under the Speedy Trial Act between January 25 and the next scheduled conference.

      Thank you for the Court's consideration of this request.

                                Respectfully submitted,

                                  Kerry A. Lawrence

cc: AUSA Jeffrey Coffman (via ECF and Email)