UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

AVETT RODRIGUES

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22-CR-391 ( )( ) PMH

Defendant __AVETT RODRIGUES__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

_____
Defendant's Signature by counsel with express permission
(Judge may obtain verbal consent on Record and Sign for Defendant)

AVETT RODRIGUES
Print Defendant's Name

_____
Defendant's Counsel's Signature

Kerry Lawrence
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/27/23
Date

_____
U.S. District Judge/U.S. Magistrate Judge