# LAW OFFICE OF KERRY LAWRENCE, PLLC

> Application GRANTED.
>
> Defendant's time to file pretrial motions is extended to August 4, 2023; the Government's response is due September 1, 2023; Defendant's reply is due September 15, 2023.
>
> Oral argument on the pretrial motion shall proceed on October 25, 2023 in Courtroom 520 of the White Plains Courthouse.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>             July 28, 2023

**BY ECF**
Hon. Philip M. Halpern
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   **United States v. Anett Rodrigues**
          **22 Cr. 391 (PMH)**

Dear Judge Halpern:

    I am writing, with the consent of the Government, to seek an extension of time of one week to file pretrial motions in this case.  Motions are presently due on July 28.  If this request is granted obviously we would agree that the deadline for government's response  and our reply be extended by one week.

    The research and drafting of the motions has been a very time consuming process and the issues being raised are not routine and are in fact very unique and complex.  Despite extensive work that has been undertaken it has been difficult to complete the motions to date.

    Thank you for the Court's consideration of this request.

                                        Respectfully submitted,

                                        Kerry A. Lawrence

cc: AUSA's  Jeffrey Coffman and Derek Wikstrom (via ECF and Email)