UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

ANETT RODRIGUES,

Defendant.

**ORDER**

22-CR-00391 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

In light of the pretrial conference proceeding on August 29, 2024, the September 2, 2024 deadline set forth in the Pretrial Scheduling Order (Doc. 65) for submission of the proposed *voir dire*, requests to charge, and verdict sheet is advanced to **August 23, 2024 at 5:00 p.m.**

**SO ORDERED.**

Dated: White Plains, New York
        August 14, 2024

_____
PHILIP M. HALPERN
United States District Judge