

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

---

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 67.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         August 22, 2024

---

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re:   United States v. Anett Rodrigues, 22 CR 391 (PMH)

Dear Judge Halpern:

Counsel to defendant Anett Rodrigues has informed the Government that the defendant intends to change her plea, and the Court's Courtroom Deputy has informed the parties that she may do so at the currently scheduled August 29, 2024 10:00 a.m. conference. As a result, the Government writes on behalf of the parties to respectfully request that all pre-trial deadlines in this case be held in abeyance pending that conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
      Jeffrey C. Coffman / Derek Wikstrom
      Assistant United States Attorneys
      (914) 993-1940 / (212) 637-1085

cc:   Benjamin Allee, Esq.