

> Application granted. Due to a scheduling conflict, the sentencing currently scheduled for March 31, 2025 is rescheduled to May 27, 2025 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 72).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            March 6, 2025

March 6, 2025

**Via CM/ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *United States v. Anett Rodrigues*, 22 Cr. 391 (PMH)

Dear Judge Halpern:

  I represent Defendant Anett Rodrigues in the above-referenced action. I write respectfully to request a brief extension of the due date for Defendant's sentencing memorandum, from March 10, 2025, to March 17, 2025. Last week through early this week I was out with the flu, and a one-week extension would allow sufficient time to complete the sentencing memorandum. I would also request and consent to a commensurate one-week extension of the due date for the Government's sentencing memorandum, from March 17 to March 24. I have conferred with counsel for the Government, Assistant United States Attorney Jeff Coffman, who consents to this request.

  I thank the Court for its consideration.

           Respectfully submitted,

          YANKWITT LLP

      By: _____
         Benjamin Allee
         Yankwitt LLP
         140 Grand Street, Suite 705
         White Plains, NY 10601
         *Counsel for Anett Rodrigues*

Cc: Counsel for the United States (by CM/ECF)