UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
        v.                        :       22 CR 391 (PMH)
                                  :
ANETT RODRIGUES,                  :       **ORDER**
                                  :
            Defendant.            :
---------------------------------------------------------------x

At the sentencing hearing on May 27, 2025, and for the reasons stated on the record, the Court imposed a sentence of, among other things, probation for a term of 2 years. Pretrial Service is hereby ORDERED to return Defendant Anett Rodrigues' passport.

Dated: White Plains, New York
       May 28, 2025

                                          SO ORDERED:

                                          _____
                                          Philip M. Halpern
                                          United States District Judge